**United States District Court**

for the
District of Maryland

HD

Rcv'd by: _____

Conan Jin
-v-
Adventist HealthCare

Case No. 8:24–cv—01125–PX *SEALED*

USDC- BALTIMORE
'24 MAY 15 AM 10:05

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Conan Jin ("Plaintiff") respectfully moves for a preliminary injunction to grant the relief sought in the original Complaint and Request for Injunction, and to clarify and fortify the necessary injunctive relief with an Order that all persons and entities (not merely restricted to Adventist HealthCare) shall withhold all documents and all information which refer to Plaintiff's September 12 - 19, 2023 hospitalization at Adventist Healthcare, even if Plaintiff's medical records are subpoenaed by a State Court.

Non-Adventist HealthCare entities, such as health insurance companies or other healthcare providers, disclosing this harmful false information to third parties, would likewise defeat the very purpose of the injunctive relief that Plaintiff is seeking.

Plaintiff submits that he meets the standards for this preliminary injunction, i.e., Plaintiff will be irreparably harmed, others will not be harmed, and there is no adequate remedy at law.

WHEREFORE, Plaintiff prays for a preliminary injunction from the Court to grant Plaintiff the relief sought in the original Complaint and Request for Injunction, the additional fortifying relief sought in this Motion, and any further relief as this Court may deem appropriate.

Respectfully Submitted,

/s/ Conan Jin
CONAN JIN
MCVET, 301 North High Street
Baltimore, MD 21202
(202) 766-9164
conanjin@outlook.com
*Plaintiff*

1